**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| JASON STOVER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-140-RWS-JBB |
| | § | |
| ALBERTO CANTU and BOWIE COUNTY DETENTION CENTER, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendant Bowie County, Texas's Motion to Dismiss. Docket No. 12. Plaintiff Jason Stover, a former inmate of the Bowie County Detention Center proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983 for alleged violations of his constitutional rights. Docket No. 1. Plaintiff named Defendants Alberto Cantu and Bowie County Detention Center in his complaint. *Id.* at 1. The case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636.

On July 23, 2026, the magistrate judge issued a report that recommended granting the motion to dismiss (Docket No. 12) and dismissing the claims against Bowie County Detention Center with prejudice. Docket No. 23 at 7. The magistrate judge further recommended that the dismissal of the claims against Defendant Bowie County Detention Center shall not affect Plaintiff's claims against Defendant Alberto Cantu. *Id.*

A copy of the report was sent to Plaintiff at his last known address, but the Court has not received any objections to it. In the Fifth Circuit, a presumption exists that a letter properly placed in the United States mail "reached its destination in the usual time and was actually received by the person to whom it was addressed." *Faciane v. Sun Life Assurance Company of Canada*, 931

F.3d 412, 420–21, 421 n.9 (5th Cir. 2019) (quoting *U.S. v. Ekong*, 518 F.3d 285, 286–87 (5th Cir. 2007)). Because no objections have been filed, Plaintiff is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations, and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions adopted by the district court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

After reviewing the pleadings in this case and the report and recommendation of the magistrate judge, the Court determines that the report is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.) (stating that where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion[,] and contrary to law"), *cert. denied*, 492 U.S. 918 (1989). Accordingly, it is

**ORDERED** that the report and recommendation of the magistrate judge (Docket No. 23) is **ADOPTED** as the opinion of the district court. It is further

**ORDERED** that Defendant Bowie County, Texas's Motion to Dismiss (Docket No. 12) is **GRANTED**. It is further

**ORDERED** that Plaintiff's claims against Defendant Bowie County Detention Center are **DISMISSED WITH PREJUDICE**. The dismissal of these claims shall not affect Plaintiff's claims against Defendant Alberto Cantu.

**So ORDERED and SIGNED this 28th day of September, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE